```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/12/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
HARY VILLARREAL,                             :
                                             :
                         Plaintiff,          :
        -against-                            :     23-CV-9843 (VEC)
                                             :
GO NEW YORK TOURS, INC., a/k/a TOPVIEW       :     ORDER
SIGHT SEEING, and SOUTHEAST                  :
PERSONNEL LEASING, INC., a/k/a SOUTH         :
EAST EMPLOYEE LEASING SERVICES,              :
                                             :
                         Defendants.         :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

   IT IS HEREBY ORDERED that jury selection and trial in this matter will commence on **Monday, November 25, 2024, at 10:00 A.M.** The final pretrial conference will be held on **November 14, 2024, at 2:30 P.M.** All proceedings will take place in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

   IT IS FURTHER ORDERED that the parties' joint pretrial order, trial exhibits, and proposed requests to charge and *voir dire*, filed in accordance with the Undersigned's Individual Practices, are due **November 1, 2024.** Motions *in limine* are due **October 11, 2024,** and responses are due **October 25, 2024**. No replies are permitted.

   IT IS FURTHER ORDERED that Defendant's *Daubert* motion is due **August 16, 2024,** the opposition is due **September 13, 2024,** and the reply is due **September 20, 2024.**

   IT IS FURTHER ORDERED that the parties must submit a joint status update not later than one week after any settlement conference before the Magistrate Judge.

   **SO ORDERED.**

                                                _____
**Date:  July 12, 2024**                            **VALERIE CAPRONI**
       **New York, NY**                             **United States District Judge**