UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HARY VILLAREAL,

                Plaintiff,

    -v-

GO NEW YORK TOURS, INC., et al.,

                Defendants.

CIVIL ACTION NO. 23 Civ. 9843 (VEC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, July 22, 2024, the parties have agreed to attend a settlement conference (the "Settlement Conference") before the undersigned on October 22, 2024.  In addition, a telephone conference is scheduled for **Monday, October 7, 2024 at 5:30 p.m.** on the Court's conference line.  The parties' counsel only are directed to call:  (866) 390-1828; access code:  380-9799, at the scheduled time.  The Court will schedule the Settlement Conference by separate Order.

Dated:      New York, New York
            July 22, 2024

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**